**ATTACHMENT A**

Office of Detention and Removal Operations
U.S. Department of Homeland Security
425 I Street NW
Washington, DC 20536



U.S. Immigration and Customs Enforcement

Rajinder GILL (A76 962 822)
C/O Boston Field Office
JFK Building, 17th Floor, Room 1775
Boston, MA 02203

## Release Notification

Upon review of your case, U.S. Immigration and Customs Enforcement (ICE) has concluded that you may be released from ICE custody pending your removal from the United States. This release does not affect your removal order and does not constitute an admission to the United States.

Your release will be subject to certain written conditions that will be provided to you shortly, and by which you must abide. A violation of one of more of these conditions, or of any local, state or federal law may result in your being taken back into custody and any bond that you may have posted being forfeited. Your release from custody is also conditioned upon your maintaining proper behavior while sponsorship and placement efforts for you are being undertaken.

Prior to your release from custody, an immigration officer will verify the sponsorship or employment offers presented during your review. Please forward any additional information regarding potential sponsoring family members or non-governmental organizations that may be willing to assist you upon release.

It is particularly important that you keep ICE advised of your address at all times. We will continue to make efforts to obtain your travel document that will allow the United States government to carry out your removal pursuant to your order of deportation, exclusion, or removal. In addition, you are required by law to continue to make good faith efforts to secure a travel document on your own. Once a travel document is obtained, you will be required to surrender to ICE for removal. You will, at that time, be given an opportunity to prepare for an orderly departure.

_____          5/6/04
Signature of HQPDU Director/Designated Representative          Date

U.S. Department of Justice
Immigration and Naturalization Service

# Order of Supervision

File No: A76 962 822

Date: October 7, 2004

Name: Rajinder GILL

On 05/05/2000 , you were ordered:
(Date of final order)

☐ Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.
☒ Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the Service has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

☒ That you appear in person at the time and place specified, upon each and every request of the Service, for identification and for deportation or removal.

☒ That upon request of the Service, you appear for medical or psychiatric examination at the expense of the United States Government.

☒ That you provide information under oath about your nationality, circumstances, habits, associations, and activities and such other information as the Service considers appropriate.

☒ That you do not travel outside    the Boston District Office    for more than 48 hours without first
(Specify geographic limits, if any)
having notified this Service office of the dates and places of such proposed travel.

☒ That you furnish written notice to this Service office of any change of residence or employment within 48 hours of such change.

☒ That you report in person on the 1st business day of EVERY month to this Service office at:
JFK Federal Building-Room 1775-Government Center-Boston, Massachusetts 02203
unless you are granted written permission to report on another date.

☒ That you assist the Immigration and Naturalization Service in obtaining any necessary travel documents.

☐ Other:

☐ See attached sheet containing other specified conditions (Continue on separate sheet if required)

C/O Nijjar Baljinder
137 Saratoga Street
East Boston, Massachusetts 02128
617-561-9308

(Signature of INS official)

Bruce E. Chadbourne-Field Office Director
(Print name and title of INS official)

## Alien's Acknowledgment of Conditions of Release under an Order of Supervision

I hereby acknowledge that I have (read) (had interpreted and explained to me in the _English_ language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

P. Mullen ICE
(Signature of INS official serving order)

X Rajinder Gill
(Signature of INS alien)

10.07.04
(Date)

Form I-220B (Rev. 4/1/97)N