UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GILL
        Plaintiff(s)

v.                                      CIVIL ACTION NO. 04-12121-GAO

CHADBOURNE, ET AL
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

G   **Jury Verdict.**  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

That the Motion to dismiss for Mootness ( 2) is GRANTED. The petitioner having been released from custody, the petition for a writ of habeas corpus is moot and shall be dismissed

                              TONY ANASTAS,
                              CLERK OF COURT

Dated: 11/12/04                      By  Paul S. Lyness
                                                  Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GILL
        Plaintiff(s)

v.                        CIVIL ACTION NO. 04-12121-GAO

CHADBOURNE, ET AL
        Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE, D.J.

G   **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That the Motion to dismiss for Mootness ( 2) is GRANTED. The petitioner having been released from custody, the petition for a writ of habeas corpus is moot and shall be dismissed

TONY ANASTAS,
CLERK OF COURT

Dated: 11/12/04                    By  Paul S. Lyness
                                             Deputy Clerk